No. 95–1444.  CAHILL *v.* DEPARTMENT OF LABOR ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–1449.  OWENS-CORNING FIBERGLAS CORP. *v.* DUDLEY ET UX.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 95–1450.  CAMP, ADMINISTRATOR OF THE ESTATE OF YOUNG, DECEASED *v.* GREGORY; and

No. 95–1669.  GREGORY *v.* CAMP, ADMINISTRATOR OF THE ESTATE OF YOUNG, DECEASED.  C. A. 7th Cir.  Certiorari denied.  Reported below: 67 F. 3d 1286.

No. 95–1493.  RICHARDSON *v.* CITIBANK (SOUTH DAKOTA), N. A.; and

No. 95–1500.  STOORMAN *v.* GREENWOOD TRUST CO.  Sup. Ct. Colo.  Certiorari denied.  Reported below: No. 95–1493, 908 P. 2d 532; No. 95–1500, 908 P. 2d 133.

No. 95–1497.  CRAMER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 95–1512.  TOTEMOFF *v.* ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 95–1538.  WEBB *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 95–1614.  WESTLAND DEVELOPMENT CO., INC. *v.* CITY OF ALBUQUERQUE.  Ct. App. N. M.  Certiorari denied.

No. 95–1622.  GURLEY, DBA MOLTAN CO. *v.* SWAIM.  C. A. 7th Cir.  Certiorari denied.

No. 95–1625.  BOYCE ET AL. *v.* GREENWAY.  C. A. 5th Cir.  Certiorari denied.

No. 95–1628.  LEHTINEN *v.* QUANTUM CHEMICAL CORP.  C. A. 6th Cir.  Certiorari denied.

No. 95–1630.  NASSIMOS ET AL. *v.* NEW JERSEY BOARD OF EXAMINERS OF MASTER PLUMBERS ET AL.  C. A. 3d Cir.  Certiorari denied.